**IT IS ORDERED as set forth below:**

**Date: June 6, 2016**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| AUBREY KEITH OGLETREE, | : | CASE NO. 13-71491-LRC |
| | : | |
| DEBTOR. | : | |

**ORDER ON MOTION TO APPROVE SALE OF REAL PROPERTY**

Aubrey Keith Ogletree ("Debtor") filed a motion to approve sale of real property, seeking permission to sell his home (doc. number 36). The matter came before the court on May 26, 2016, and no party objecting at the call of the calendar, it is hereby

**ORDERED** that the motion is granted. The debtor is authorized to sell his home as requested in the motion, and shall pay to the Chapter 13 Trustee an amount sufficient to complete the Plan with a 100% dividend to unsecured creditors.

(END OF DOCUMENT)

(signatures on next page)

Prepared and presented by:


/s/ David Judah
David Judah
Ga. Bar No. 405605
Attorney for Debtor
David Judah, Attorney-at-Law LLC
P.O. Box 2285
McDonough, GA  30253
(678) 834-4270
judahlaw@bellsouth.net



No Opposition:


/s/Mandy K. Campbell, signed with express permission by David Judah
Mandy K. Campbell
Ga Bar No. 142646
Staff Attorney for Adam Goodman
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA  30303
 (678)510-1444

## DISTRIBUTION LIST

1st Franklin
Pob 80009
Conyers, GA 30013

1st Franklin Financial
P.O. Box 80009
Conyers, GA 30013

1st Franklin Financial Corporation
Attn: Been Cheek, III, RA
P O BOX 880
Toccoa, GA 30577

1st Franklin Financial Corporation
Attn: ROGER A GUIMOND, CFO
309 Robin Circle
Toccoa, GA 30577

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Capital 1 Bank
Po Box 85520
Richmond, VA 23285

Citibank
Attn: Bankruptcy Department
P. O. Box 6241
Sioux Falls, SD 57117-6241

Citifinancial
605 Munn Road
Fort Mill, SC 29715

Collectron Of Atlanta/Carter-Young
Attention: Bankruptcy
Po Box 82269
Conyers, GA 30013

Covington Credit
1214 Washington St
Perry, GA 31069

First Franklin Financial
P.O. Box 880
Toccoa, GA 30577

Georgia Department of Revenue
Bankruptcy Department
P. O. Box 161108
Atlanta, GA 30321

Internal Revenue Service/Insolvency
P. O. Box 21125
Philadelphia, PA 19114

Sicay-Perrow & Knighten, PC
Attn: David Sicay-Perrow
P.O. Box 2108
Atlanta, GA 30301

Suntrust Mortgage/cc 5
Attn: Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23286

Suntrust Mortgage/cc 5
1001 Semmes Avenue
Richmond, VA 23224

Wfs Financial/Wachovia Dealer Srvs
Po Box 3569
Rancho Cucamonga, CA 91729

Wfs Financial/Wachovia Dealer Srvs
Po Box 1697
Winterville, NC 28590

World Finance Corp
Po Box 6429
Greenville, SC 29606

World Finance Corp
621 E 3rd St
Jackson, GA 30233

World Finance Corp.
Attn: Bankruptcy Department
1022 Hillcrest Parkway
Dublin, GA 31021